# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**JAMES EDWARD LADD, JR.,** )<br>**and** )<br>**DARREL DEMOND BARNETT,** )<br>)<br>**Defendants.** ) | Case No. 05-CR-2-TCK |

## ORDER

Upon consideration of the Government's Motion To Dismiss the Indictment against James Edward Ladd, Jr. and Darrel Demond Barnett, (DKT#93), and having fully considered all the premises therein:

IT IS THEREFORE ORDERED that the Motion is hereby GRANTED and the Indictment is DISMISSED WITHOUT PREJUDICE.

TERENCE KERN
UNITED STATES DISTRICT JUDGE

Submitted by:

Shannon L. Henson, OBA No. 15905
Assistant United States Attorney
United States Attorney's Office
110 West Seventh Street, Suite 300
Tulsa, OK 74119
(918) 382-2700